Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,

BMG MUSIC; FONOVISA, INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; and LAVA RECORDS LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; and LAVA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>TINA ESPINOZA,<br>　　　　　　　　Defendants. | CASE NO. 1:08-CV-00111-LJO-SMS<br><br>**Honorable Lawrence J. O'Neill**<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Upon Plaintiffs' *Ex Parte* Application to Continue Initial Scheduling Conference, and good cause having been shown, it is hereby:

ORDERED that the scheduling conference currently scheduled for April 9, 2008, at 8:30 a.m. is hereby continued to June 11, 2008 at 8:15 in courtroom 4 (LJO) before District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.


**Dated:   March 21, 2008**                           **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE