Matthew Franklin Jaksa (CA State Bar No. 248072)
Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,

BMG MUSIC; FONOVISA, INC.; ZOMBA
RECORDING LLC; UMG RECORDINGS,
INC.; VIRGIN RECORDS AMERICA,
INC.; INTERSCOPE RECORDS; and
LAVA RECORDS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; and LAVA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> TINA ESPINOZA, <br><br> Defendants. | CASE NO. 1:08-CV-00111-LJO-SMS <br><br> **Honorable Lawrence J. O'Neill** <br> **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO VACATE INITIAL SCHEDULING CONFERENCE** |

Upon Plaintiffs' *Ex Parte* Application to Vacate Initial Scheduling Conference, and good cause having been shown, it is hereby:

ORDERED that the scheduling conference currently scheduled for June 11, 2008 at 8:15 a.m. be vacated.

IT IS SO ORDERED.

**Dated:   May 28, 2008**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 1:08-CV-00111-LJO-SMS
#37896 v1