UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership, et al., ) ) ) Plaintiffs, ) ) v. ) ) TINA ESPINOZA, ) ) Defendant. ) ) ) | 1:08-cv-00111-LJO-SMS<br><br>ORDER **VACATING HEARING SET FOR SEPTEMBER 12, 2008**, ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 19) |

Plaintiffs are proceeding with a civil action in this Court. On July 11, 2008, Plaintiffs filed a motion for default judgment. The motion for default judgment was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

//
/////
///////

1

1  Accordingly, the hearing on the motion, presently set for
2  September 12, 2008, IS VACATED, and the motion IS DEEMED
3  SUBMITTED to the Court for decision.
4
5  IT IS SO ORDERED.
6  **Dated:   August 11, 2008**               /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE