UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>TINA ESPINOZA,<br>　　　　　Defendant. | 1:08-cv-00111-LJO-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOCS. 19, 25)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　Plaintiffs are proceeding with a civil action in this Court. On July 11, 2008, Plaintiffs filed a motion for default judgment. The motion for default judgment was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

　　　On August 14, 2008, the Magistrate Judge filed findings and a recommendation that the District Judge grant in part and deny in part Plaintiff's application for default judgment against Defendant Tina Espinoza. The findings and recommendation were served on all parties on September 19, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
3 452, 454 (9th Cir. 1983), this Court has conducted a de novo
4 review of the case. Having carefully reviewed the entire file,
5 the Court finds that the report and recommendation are supported
6 by the record and proper analysis.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. The findings and recommendation filed August 14, 2008,
9 are ADOPTED IN FULL; and
10   2. Plaintiffs' motion for default judgment against Defendant
11 Tina Espinoza IS GRANTED; and
12   3. The Clerk IS DIRECTED to enter judgment in favor of
13 Plaintiffs and against Defendant Tina Espinoza in the amount of
14 $7,500.00 of statutory damages, and $420.00 in costs;
15   4. The Clerk IS DIRECTED to enter judgment in favor of
16 Plaintiffs and against Defendant Tina Espinoza enjoining
17 Defendant from directly or indirectly infringing Plaintiffs'
18 rights in any copyrighted sound recording, whether now in
19 existence or later created, which is owned or controlled by
20 Plaintiffs ("Plaintiffs' recordings"), including without
21 limitation by using the Internet or any online media distribution
22 system to reproduce (i.e., download) any of Plaintiffs'
23 recordings, to distribute (i.e., upload) any of Plaintiffs'
24 recordings, or to make any of Plaintiffs' recordings available
25 for distribution to the public, except pursuant to a lawful
26 license or with the express authority of Plaintiffs; Defendant
27 also shall destroy all copies of Plaintiffs' recordings that
28 Defendant has downloaded onto any computer hard drive or server

without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control;

    5.   The clerk is directed to close this action.

    IT IS SO ORDERED.

**Dated:**   **October 21, 2008**         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE